# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia (Richmond)

IN RE:  
Debtors: Lottie Alisa Wallace

Case No.: 15-36117  
Loan Number (Last 4): 2900

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank N.A., as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2  
Serviced by Select Portfolio Servicing, Inc.  
Name of Transferee

3815 South West Temple  
Salt Lake City, UT 84115

Phone: 800-258-8602  
Last Four Digits of Acct #: 2900

U.S. Bank National Association, as Trustee

Attn: Correspondence Mail  
Name of Transferor

Court Claim # (if known): 9  
Amount of Claim: $30,299.03  
Date Claim Filed: 04/13/2016

Last Four Digits of Acct #: 0844

Name and Address where transferee payments should be sent (if different from above):  
PO Box 65450  
Salt Lake City, UT 84165

Phone: 800-258-8602  
Last Four Digits of Acct #: 2900

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Gina Hiatt     Date: 10/27/2016  
BK Management

Specific Contact Information:  
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

470487-59655b9a-1d8f-49ee-87b4-562deb45ab13